```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   JACKSON DIVISION
```

**LINDA TUCKER**                                              **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO.3:06cv418-WHB-LRA**

**FRIENDS OF CHILDREN OF MISSISSIPPI, INC.,**
**MARVIN HOGAN, in his Individual and**
**Official Capacity, and JOHN DOES 1-5**                     **DEFENDANTS**

## ORDER OF DISMISSAL

In accordance with the Opinion and Order at granted the Motion of Defendants to Dismiss as unopposed, this case is hereby dismissed without prejudice.

SO ORDERED this the 14th day of March, 2007.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE